FILED

05/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0165

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0165

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JACOB ANDREW HOWARD,

Defendant and Appellant.

# GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until June 17, 2020 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 18 2020